

# THE STATE OF TEXAS
## MANDATE

TO THE 196TH DISTRICT COURT OF HUNT COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 9th day of January, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Hunt County Appraisal District,
Appellant

                                    No. 06-14-00024-CV

                                    Trial Court No. 79223

                    v.

Horizons Ahead, LLC, Appellee

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and render judgment in Favor of Hunt County Appraisal District.

We further order that the appellee, Horizons Ahead, LLC, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 26th day of March, A.D. 2015.

DEBRA K. AUTREY, Clerk

